**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-80507-CIV-HURLEY/HOPKINS**

**AMERICAN PERSONALITY PHOTOS, LLC,**

      **Plaintiff,**

**v.**

**JOHN Y. MASON,**

      **Defendant.**

_____/

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING**
**DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION**

**THIS CAUSE** is before the court upon defendant's motion to dismiss the complaint and

compel arbitration [DE # 17] and the report and recommendation of the Honorable James M.

Hopkins, United States Magistrate Judge, recommending that the motion be denied [DE # 32].  No

objections were filed to the magistrate judge's report.

Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination

upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to

which specific written objection has been made in accordance with this rule."  The rule requires that

objections be filed within ten days of service of the report and recommendation, and that the

objecting party arrange for transcription of sufficient portions of the record.  Fed. R. Civ. P. 72(b).

The district judge may then "accept, reject, or modify the recommended decision, receive further

evidence, or recommit the matter to the magistrate judge with instructions."  *Id*.  Portions of the

report and recommendation that are not specifically objected to are subject to the clear error

standard.  The identical requirements are set forth in 28 U.S.C. § 636(b)(1).

Order Adopting R & R of Magistrate Judge
American Personality Photos, LLC v. Mason
Case No. 08-80507-CIV-HURLEY/HOPKINS

   Upon review of the report of the magistrate judge, it is hereby **ORDERED** and

**ADJUDGED**:

  1.  The Report and Recommendation of the United States Magistrate Judge [DE # 32]

    is **ADOPTED** in its entirety and incorporated herein by reference.

  2.  Defendant's motion to dismiss and compel arbitration [DE # 17] is **DENIED**.

  **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th  day of December,

2008.

                  _____
                  Daniel T. K. Hurley
                  United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts